**TASKS PERFORMED BY TRUSTEE**

The Trustee discovered an unscheduled personal injury claim. The Trustee filed a Motion To Employ Special Counsel, which was granted. The Trustee filed a Motion To Authorize Settlement which was granted. No tax returns were required since this case involved the settlement of a personal injury claim.

The Trustee prepared this Final Report and will appear in Joliet for a final hearing. The Trustee will issue distribution checks to creditors entitled to same. The Trustee will prepare a new distribution report after the final hearing is conducted. The Trustee will prepare a Final Account when all checks have cleared.

**Exhibit A**