**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: FREGEAU, LYNN A | § Case No. 05-33762 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $4,892.00 |
| Total Distribution to Claimants: $48,141.90 | Claims Discharged Without Payment: $43,158.04 |
| Total Expenses of Administration: $61,180.83 | |

3) Total gross receipts of $ 136,535.78 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,213.05 (see **Exhibit 2**), yielded net receipts of $109,322.73 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $176,859.11 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 61,180.83 | 61,180.83 | 61,180.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (fromExhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 87,726.34 | 58,338.01 | 48,141.90 | 48,141.90 |
| **TOTAL DISBURSEMENTS** | $264,585.45 | $119,518.84 | $109,322.73 | $109,322.73 |

4) This case was originally filed under Chapter 7 on August 25, 2005.
. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2009        By: /s/MICHAEL G. BERLAND
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury-unscheduled | 1242-000 | 136,511.00 |
| Interest Income | 1270-000 | 24.78 |
| **TOTAL GROSS RECEIPTS** | | **$136,535.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lynn Fregeau | Payment of PI exemption | 8100-002 | 7,500.00 |
| FREGEAU, LYNN A | Dividend paid 99.99% on $19,713.33; Claim# SURPLUS; Filed: $19,713.33; Reference: | 8200-000 | 0.00 |
| FREGEAU, LYNN A | Dividend paid 99.99% on $19,713.33; Claim# SURPLUS; Filed: $19,713.33; Reference: | 8200-000 | 19,713.05 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$27,213.05** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mid America Bank | 4110-000 | 144,767.00 | N/A | N/A | 0.00 |
| Mid America Bank | 4110-000 | 32,092.11 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $176,859.11 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 9,701.44 | 9,701.44 | 9,701.44 |
| MICHAEL G. BERLAND | 2200-000 | N/A | 72.25 | 72.25 | 72.25 |
| Law Offices of Robert Orman | 3210-600 | N/A | 45,500.00 | 45,500.00 | 45,500.00 |
| Law offices Of Robert Orman | 3220-610 | N/A | 5,907.14 | 5,907.14 | 5,907.14 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 61,180.83 | 61,180.83 | 61,180.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Target National Bank (f.k.a. Retailers National Ba | 7100-000 | 941.09 | 1,052.12 | 1,052.12 | 1,052.12 |
| Target National Bank (f.k.a. Retailers National Ba | 7990-000 | N/A | 149.77 | 149.77 | 149.77 |
| World Financial Network National Bank | 7100-000 | N/A | 827.05 | 827.05 | 827.05 |
| World Financial Network National Bank | 7990-000 | N/A | 117.73 | 117.73 | 117.73 |
| Marshall Field | 7100-000 | 2,290.41 | 2,290.41 | 2,290.41 | 2,290.41 |
| Marshall Field | 7990-000 | N/A | 326.04 | 326.04 | 326.04 |
| SMC c/o Carson Pirie Scott | 7100-000 | 1,547.54 | 1,662.26 | 1,662.26 | 1,662.26 |
| SMC c/o Carson Pirie Scott | 7990-000 | N/A | 236.62 | 236.62 | 236.62 |
| Southwest Respiratory Cionsult | 7100-000 | 444.00 | 454.00 | 454.00 | 454.00 |
| Southwest Respiratory Cionsult | 7990-000 | 22.00 | 64.63 | 64.63 | 64.63 |
| UNITED STATES DEPARTMENT OF EDUCATION | 7100-000 | 8,560.93 | 8,683.85 | 8,683.85 | 8,683.85 |
| UNITED STATES DEPARTMENT OF EDUCATION | 7990-000 | N/A | 1,236.13 | 1,236.13 | 1,236.13 |
| Citibank(South Dakota) NA | 7100-000 | 10,474.85 | 10,826.15 | 10,826.15 | 10,826.15 |
| Citibank(South Dakota) NA | 7990-000 | N/A | 1,541.08 | 1,541.08 | 1,541.08 |
| Citibank(South Dakota) NA | 7100-000 | N/A | 6,150.97 | 6,150.97 | 6,150.97 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Citibank(South Dakota) NA | 7990-000 | N/A | 875.58 | 875.58 | 875.58 |
| Bank of America, NA (USA) | 7200-000 | 10,398.86 | 10,196.11 | 10,196.11 | 10,196.11 |
| Bank of America, NA (USA) | 7990-000 | N/A | 1,451.40 | 1,451.40 | 1,451.40 |
| Bank of America, NA (USA) | 7200-000 | 9,888.62 | 10,196.11 | 0.00 | 0.00 |
| Harvard Collection Service Inc | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| Fleet Credit Card | 7100-000 | 8,605.00 | N/A | N/A | 0.00 |
| Edward Meducal Group | 7100-000 | 128.00 | N/A | N/A | 0.00 |
| Express Scripts | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| Direst Loan SVC System | 7100-000 | 8,628.00 | N/A | N/A | 0.00 |
| Edward Hospital & Health Servi | 7100-000 | 306.37 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 20,702.00 | N/A | N/A | 0.00 |
| Edward Meducal Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| Kohl's | 7100-000 | 2,220.00 | N/A | N/A | 0.00 |
| TNB-Visa | 7100-000 | 773.00 | N/A | N/A | 0.00 |
| Lane Bryant | 7100-000 | 732.28 | N/A | N/A | 0.00 |
| Edward Hospital & Health Servi | 7100-000 | unknown | N/A | N/A | 0.00 |
| Von Maur | 7100-000 | 551.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 87,726.34 | 58,338.01 | 48,141.90 | 48,141.90 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-33762  
Case Name: FREGEAU, LYNN A  
Period Ending: 10/14/09

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 08/25/05 (f)  
§341(a) Meeting Date: 09/29/05  
Claims Bar Date: 01/31/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 249 Hickoryt Oaks, bolingbrook-scheduled | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Mid America bank-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods-scheduled | 862.00 | 0.00 | | 0.00 | FA |
| 4 | Books, picutres-scheduled | 80.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing-scheduled | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Mink jacket-scheduled | 1,200.00 | 0.00 | | 0.00 | FA |
| 7 | 1998 Chevy Monte Carlo-scheduled | 2,400.00 | 0.00 | | 0.00 | FA |
| 8 | Personal injury-unscheduled (u) | 0.00 | Unknown | | 136,511.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 24.78 | FA |
| 9 | Assets    Totals (Excluding unknown values) | $204,892.00 | $0.00 | | $136,535.78 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee has filed his final report with the bankrutpcy court and it is scheduled for hearing in Janaury 2009.

Initial Projected Date Of Final Report (TFR): October 31, 2009    Current Projected Date Of Final Report (TFR): December 15, 2008 (Actual)

Printed: 10/14/2009 01:31 PM    V.11.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-33762 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | FREGEAU, LYNN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*47-65 - Money Market Account |
| Taxpayer ID #: | 61-6364099 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/01 | {8} | Emerson | Payment of Leibert motion of settlement | 1242-000 | 15,000.00 | | 15,000.00 |
| 09/23/08 | {8} | American Family Insurance Group | Payment of LR Hein portion of settlement | 1242-000 | 8,000.00 | | 23,000.00 |
| 09/23/08 | {8} | Crum & Foster | Payment of Brower portion of settlement | 1242-000 | 15,000.00 | | 38,000.00 |
| 09/23/08 | {8} | Monroe Guaranty Insurance | Climate Service portion of settlement | 1242-000 | 15,000.00 | | 53,000.00 |
| 09/23/08 | {8} | Miner East | Miner portion of settlement | 1242-000 | 15,000.00 | | 68,000.00 |
| 09/23/08 | {8} | Cincinnati Insurance Company | Metropolitan portion of settlement | 1242-000 | 15,000.00 | | 83,000.00 |
| 09/23/08 | {8} | Travelers Indemnity | Portion of Hygeneering settlement | 1242-000 | 10,000.00 | | 93,000.00 |
| 09/23/08 | {8} | Assurance | Portion of Hygeneering settlement | 1242-000 | 2,475.55 | | 95,475.55 |
| 09/23/08 | {8} | Hygeneering | Portion of Hygieneering settlement | 1242-000 | 2,535.45 | | 98,011.00 |
| 09/23/08 | {8} | Zurich | Cr Ellis portion of settlement | 1242-000 | 15,000.00 | | 113,011.00 |
| 09/23/08 | {8} | Gallagher Bassett Services | Laidlaw portion of settlement | 1242-000 | 15,000.00 | | 128,011.00 |
| 09/23/08 | {8} | United Fire Group | Payment of Steam Sm settlement | 1242-000 | 8,500.00 | | 136,511.00 |
| 09/25/08 | 1001 | Law Offices of Robert Orman | Payment of attorney fee for special counsel per court order | 3210-600 | | 45,500.00 | 91,011.00 |
| 09/25/08 | 1002 | Law offices Of Robert Orman | Payment of special counsel for expenses per court order | 3220-610 | | 5,907.14 | 85,103.86 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.36 | | 85,106.22 |
| 10/30/08 | 1003 | Lynn Fregeau | Payment of PI exemption | 8100-002 | | 7,500.00 | 77,606.22 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 9.28 | | 77,615.50 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.17 | | 77,621.67 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.50 | | 77,627.17 |
| 01/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 1.47 | | 77,628.64 |
| 01/15/09 | | To Account #\*\*\*\*\*\*\*\*4766 | Transfer for purpose of final distribution | 9999-000 | | 77,628.64 | 0.00 |
| | | | ACCOUNT TOTALS | | 136,535.78 | 136,535.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 77,628.64 | |
| | | | Subtotal | | 136,535.78 | 58,907.14 | |
| | | | Less: Payments to Debtors | | | 7,500.00 | |
| | | | NET Receipts / Disbursements | | $136,535.78 | $51,407.14 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-33762 | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | FREGEAU, LYNN A | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****47-66 - Checking Account |
| Taxpayer ID #: | 61-6364099 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/14/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 01/15/09 | | From Account #********4765 | Transfer for purpose of final distribution | 9999-000 | 77,628.64 | | 77,628.64 |
| 01/19/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $72.25, Trustee Expenses; Reference:<br>Voided on 01/19/09 | 2200-000 | | ! 72.25 | 77,556.39 |
| 01/19/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $72.25, Trustee Expenses; Reference:<br>Voided: check issued on 01/19/09 | 2200-000 | | ! -72.25 | 77,628.64 |
| 01/19/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $9,701.44, Trustee Compensation; Reference:<br>Voided on 01/19/09 | 2100-000 | | ! 9,701.44 | 67,927.20 |
| 01/19/09 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $9,701.44, Trustee Compensation; Reference:<br>Voided: check issued on 01/19/09 | 2100-000 | | ! -9,701.44 | 77,628.64 |
| 01/19/09 | 103 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $1,052.12; Claim# 1; Filed: $1,052.12; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 1,052.12 | 76,576.52 |
| 01/19/09 | 103 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $1,052.12; Claim# 1; Filed: $1,052.12; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -1,052.12 | 77,628.64 |
| 01/19/09 | 104 | World Financial Network National Bank | Dividend paid 100.00% on $827.05; Claim# 2; Filed: $827.05; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 827.05 | 76,801.59 |
| 01/19/09 | 104 | World Financial Network National Bank | Dividend paid 100.00% on $827.05; Claim# 2; Filed: $827.05; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -827.05 | 77,628.64 |
| 01/19/09 | 105 | Marshall Field | Dividend paid 100.00% on $2,290.41; Claim# 3; Filed: $2,290.41; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 2,290.41 | 75,338.23 |
| 01/19/09 | 105 | Marshall Field | Dividend paid 100.00% on $2,290.41; Claim# 3; Filed: $2,290.41; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -2,290.41 | 77,628.64 |
| 01/19/09 | 106 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $1,662.26; Claim# 4; Filed: $1,662.26; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 1,662.26 | 75,966.38 |
| 01/19/09 | 106 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $1,662.26; Claim# 4; Filed: $1,662.26; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -1,662.26 | 77,628.64 |
| 01/19/09 | 107 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $454.00; Claim# 5; Filed: $454.00; Reference: | 7100-000 | | ! 454.00 | 77,174.64 |

Subtotals : $77,628.64 $454.00

{} Asset reference(s) !-Not printed or not transmitted Printed: 10/14/2009 01:31 PM V.11.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-33762 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FREGEAU, LYNN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*47-66 - Checking Account |
| Taxpayer ID #: | 61-6364099 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 01/19/09 | | | | |
| 01/19/09 | 107 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $454.00; Claim# 5; Filed: $454.00; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -454.00 | 77,628.64 |
| 01/19/09 | 108 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $8,683.85; Claim# 6; Filed: $8,683.85; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 8,683.85 | 68,944.79 |
| 01/19/09 | 108 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $8,683.85; Claim# 6; Filed: $8,683.85; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -8,683.85 | 77,628.64 |
| 01/19/09 | 109 | Citibank(South Dakota) NA | Dividend paid 100.00% on $10,826.15; Claim# 7; Filed: $10,826.15; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 10,826.15 | 66,802.49 |
| 01/19/09 | 109 | Citibank(South Dakota) NA | Dividend paid 100.00% on $10,826.15; Claim# 7; Filed: $10,826.15; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -10,826.15 | 77,628.64 |
| 01/19/09 | 110 | Citibank(South Dakota) NA | Dividend paid 100.00% on $6,150.97; Claim# 8; Filed: $6,150.97; Reference:<br>Voided on 01/19/09 | 7100-000 | | ! 6,150.97 | 71,477.67 |
| 01/19/09 | 110 | Citibank(South Dakota) NA | Dividend paid 100.00% on $6,150.97; Claim# 8; Filed: $6,150.97; Reference:<br>Voided: check issued on 01/19/09 | 7100-000 | | ! -6,150.97 | 77,628.64 |
| 01/19/09 | 111 | Bank of America, NA (USA) | Dividend paid 100.00% on $10,196.11; Claim# 9; Filed: $10,196.11; Reference:<br>Voided on 01/19/09 | 7200-000 | | ! 10,196.11 | 67,432.53 |
| 01/19/09 | 111 | Bank of America, NA (USA) | Dividend paid 100.00% on $10,196.11; Claim# 9; Filed: $10,196.11; Reference:<br>Voided: check issued on 01/19/09 | 7200-000 | | ! -10,196.11 | 77,628.64 |
| 01/19/09 | 112 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $149.77; Claim# 1l; Filed: $149.77; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 149.77 | 77,478.87 |
| 01/19/09 | 112 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $149.77; Claim# 1l; Filed: $149.77; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -149.77 | 77,628.64 |
| 01/19/09 | 113 | World Financial Network National Bank | Dividend paid 100.00% on $117.73; Claim# 2l; Filed: $117.73; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 117.73 | 77,510.91 |
| 01/19/09 | 113 | World Financial Network National Bank | Dividend paid 100.00% on $117.73; Claim# 2l; Filed: $117.73; Reference: | 7990-000 | | ! -117.73 | 77,628.64 |

Subtotals :  $0.00   $-454.00

() Asset reference(s)   !-Not printed or not transmitted   Printed: 10/14/2009 01:31 PM   V.11.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-33762 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FREGEAU, LYNN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****47-66 - Checking Account |
| Taxpayer ID #: | 61-6364099 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 01/19/09 | | | | |
| 01/19/09 | 114 | Marshall Field | Dividend paid 100.00% on $326.04; Claim# 3I; Filed: $326.04; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 326.04 | 77,302.60 |
| 01/19/09 | 114 | Marshall Field | Dividend paid 100.00% on $326.04; Claim# 3I; Filed: $326.04; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -326.04 | 77,628.64 |
| 01/19/09 | 115 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $236.62; Claim# 4I; Filed: $236.62; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 236.62 | 77,392.02 |
| 01/19/09 | 115 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $236.62; Claim# 4I; Filed: $236.62; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -236.62 | 77,628.64 |
| 01/19/09 | 116 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $64.63; Claim# 5I; Filed: $64.63; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 64.63 | 77,564.01 |
| 01/19/09 | 116 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $64.63; Claim# 5I; Filed: $64.63; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -64.63 | 77,628.64 |
| 01/19/09 | 117 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,236.13; Claim# 6I; Filed: $1,236.13; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 1,236.13 | 76,392.51 |
| 01/19/09 | 117 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,236.13; Claim# 6I; Filed: $1,236.13; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -1,236.13 | 77,628.64 |
| 01/19/09 | 118 | Citibank(South Dakota) NA | Dividend paid 100.00% on $1,541.08; Claim# 7I; Filed: $1,541.08; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 1,541.08 | 76,087.56 |
| 01/19/09 | 118 | Citibank(South Dakota) NA | Dividend paid 100.00% on $1,541.08; Claim# 7I; Filed: $1,541.08; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -1,541.08 | 77,628.64 |
| 01/19/09 | 119 | Citibank(South Dakota) NA | Dividend paid 100.00% on $875.58; Claim# 8I; Filed: $875.58; Reference:<br>Voided on 01/19/09 | 7990-000 | | ! 875.58 | 76,753.06 |
| 01/19/09 | 119 | Citibank(South Dakota) NA | Dividend paid 100.00% on $875.58; Claim# 8I; Filed: $875.58; Reference:<br>Voided: check issued on 01/19/09 | 7990-000 | | ! -875.58 | 77,628.64 |
| 01/19/09 | 120 | Bank of America, NA (USA) | Dividend paid 100.00% on $1,451.40; Claim# 9I; Filed: $1,451.40; Reference: | 7990-000 | | ! 1,451.40 | 76,177.24 |

Subtotals :   $0.00   $1,451.40

{} Asset reference(s)   !-Not printed or not transmitted   Printed: 10/14/2009 01:31 PM   V.11.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-33762 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | FREGEAU, LYNN A | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****47-66 - Checking Account |
| Taxpayer ID #: | 61-6364099 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 10/14/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 01/19/09 | | | | |
| 01/19/09 | 120 | Bank of America, NA (USA) | Dividend paid 100.00% on $1,451.40; Claim# 9l; Filed: $1,451.40; Reference: Voided: check issued on 01/19/09 | 7990-000 | | ! -1,451.40 | 77,628.64 |
| 01/19/09 | 121 | FREGEAU, LYNN A | Dividend paid 99.99% on $19,713.33; Claim# SURPLUS; Filed: $19,713.33; Reference: Voided on 01/19/09 | 8200-000 | | ! 19,713.05 | 57,915.59 |
| 01/19/09 | 121 | FREGEAU, LYNN A | Dividend paid 99.99% on $19,713.33; Claim# SURPLUS; Filed: $19,713.33; Reference: Voided: check issued on 01/19/09 | 8200-000 | | ! -19,713.05 | 77,628.64 |
| 01/20/09 | 122 | MICHAEL G. BERLAND | Dividend paid 100.00% on $72.25, Trustee Expenses; Reference: | 2200-000 | | 72.25 | 77,556.39 |
| 01/20/09 | 123 | MICHAEL G. BERLAND | Dividend paid 100.00% on $9,701.44, Trustee Compensation; Reference: | 2100-000 | | 9,701.44 | 67,854.95 |
| 01/20/09 | 124 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $1,052.12; Claim# 1; Filed: $1,052.12; Reference: | 7100-000 | | 1,052.12 | 66,802.83 |
| 01/20/09 | 125 | World Financial Network National Bank | Dividend paid 100.00% on $827.05; Claim# 2; Filed: $827.05; Reference: | 7100-000 | | 827.05 | 65,975.78 |
| 01/20/09 | 126 | Marshall Field | Dividend paid 100.00% on $2,290.41; Claim# 3; Filed: $2,290.41; Reference: | 7100-000 | | 2,290.41 | 63,685.37 |
| 01/20/09 | 127 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $1,662.26; Claim# 4; Filed: $1,662.26; Reference: | 7100-000 | | 1,662.26 | 62,023.11 |
| 01/20/09 | 128 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $454.00; Claim# 5; Filed: $454.00; Reference: | 7100-000 | | 454.00 | 61,569.11 |
| 01/20/09 | 129 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $8,683.85; Claim# 6; Filed: $8,683.85; Reference: | 7100-000 | | 8,683.85 | 52,885.26 |
| 01/20/09 | 130 | Citibank(South Dakota) NA | Dividend paid 100.00% on $10,826.15; Claim# 7; Filed: $10,826.15; Reference: | 7100-000 | | 10,826.15 | 42,059.11 |
| 01/20/09 | 131 | Citibank(South Dakota) NA | Dividend paid 100.00% on $6,150.97; Claim# 8; Filed: $6,150.97; Reference: | 7100-000 | | 6,150.97 | 35,908.14 |
| 01/20/09 | 132 | Bank of America, NA (USA) | Dividend paid 100.00% on $10,196.11; Claim# 9; Filed: $10,196.11; Reference: | 7200-000 | | 10,196.11 | 25,712.03 |
| 01/20/09 | 133 | Target National Bank (f.k.a. Retailers National Ba | Dividend paid 100.00% on $149.77; Claim# 1l; Filed: $149.77; Reference: | 7990-000 | | 149.77 | 25,562.26 |
| 01/20/09 | 134 | World Financial Network National Bank | Dividend paid 100.00% on $117.73; Claim# 2l; Filed: $117.73; Reference: | 7990-000 | | 117.73 | 25,444.53 |
| 01/20/09 | 135 | Marshall Field | Dividend paid 100.00% on $326.04; Claim# 3l; Filed: $326.04; Reference: | 7990-000 | | 326.04 | 25,118.49 |
| 01/20/09 | 136 | SMC c/o Carson Pirie Scott | Dividend paid 100.00% on $236.62; Claim# 4l; | 7990-000 | | 236.62 | 24,881.87 |
| | | | | Subtotals: | $0.00 | $51,295.37 | |

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 10/14/2009 01:31 PM    V.11.52

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

Case Number:  05-33762  
Case Name:    FREGEAU, LYNN A  

Taxpayer ID #: 61-6364099  
Period Ending: 10/14/09  

Trustee:      MICHAEL G. BERLAND (520196)  
Bank Name:    JPMORGAN CHASE BANK, N.A.  
Account:      ***.*****47-66 - Checking Account  
Blanket Bond: $5,000,000.00  (per case limit)  
Separate Bond: N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | Filed: $236.62; Reference: |  |  |  |  |
| 01/20/09 | 137 | Southwest Respiratory Cionsult | Dividend paid 100.00% on $64.63; Claim# 5I; Filed: $64.63; Reference: | 7990-000 |  | 64.63 | 24,817.24 |
| 01/20/09 | 138 | UNITED STATES DEPARTMENT OF EDUCATION | Dividend paid 100.00% on $1,236.13; Claim# 6I; Filed: $1,236.13; Reference: | 7990-000 |  | 1,236.13 | 23,581.11 |
| 01/20/09 | 139 | Citibank(South Dakota) NA | Dividend paid 100.00% on $1,541.08; Claim# 7I; Filed: $1,541.08; Reference: | 7990-000 |  | 1,541.08 | 22,040.03 |
| 01/20/09 | 140 | Citibank(South Dakota) NA | Dividend paid 100.00% on $875.58; Claim# 8I; Filed: $875.58; Reference: | 7990-000 |  | 875.58 | 21,164.45 |
| 01/20/09 | 141 | Bank of America, NA (USA) | Dividend paid 100.00% on $1,451.40; Claim# 9I; Filed: $1,451.40; Reference: | 7990-000 |  | 1,451.40 | 19,713.05 |
| 01/20/09 | 142 | FREGEAU, LYNN A | Dividend paid 99.99% on $19,713.33; Claim# SURPLUS; Filed: $19,713.33; Reference: | 8200-000 |  | 19,713.05 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 77,628.64 | 77,628.64 | $0.00 |
| Less: Bank Transfers | 77,628.64 | 0.00 |  |
| Subtotal | 0.00 | 77,628.64 |  |
| Less: Payments to Debtors |  | 19,713.05 |  |
| NET Receipts / Disbursements | $0.00 | $57,915.59 |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***.*****47-65 | 136,535.78 | 51,407.14 | 0.00 |
| Checking # ***.*****47-66 | 0.00 | 57,915.59 | 0.00 |
|  | $136,535.78 | $109,322.73 | $0.00 |